**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1053**

———————

JAMAAL A. GITTENS,

        Plaintiff - Appellant,

    v.

STEVE HIGDON, Union County Judge; CHELSEY WILSON, Union County District Attorney,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:22-cv-00165-FDW-DCK)

———————

Submitted:  July 25, 2023                                    Decided:  July 27, 2023

———————

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jamaal Gittens, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal A. Gittens appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gittens v. Higdon*, No. 3:22-cv-00165-FDW-DCK (W.D.N.C. Jan. 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
